No. 361. INTERSTATE COMMERCE COMM'N v. PENNSYLVANIA R. CO. ET AL. February 19, 1934. This case is restored to the docket and assigned for reargument on Monday, March 5 next, after the cases heretofore assigned for that day. The Court desires to hear further argument with respect to the construction of the provision of § 7 of the Clayton Act that "This section shall not apply to corporations purchasing such stock solely for investment and not using the same by voting or otherwise to bring about, or in attempting to bring about, the substantial lessening of competition."

No. —, original. ARIZONA v. CALIFORNIA ET AL. February 19, 1934. A rule is ordered to issue returnable on Monday, April 2 next, requiring the defendants to show cause why leave to file the bill to perpetuate testimony should not be granted.

No. —, original. EX PARTE SPRUILL. February 19, 1934. Motion for leave to file petition for writ of injunction is denied. *Georgia M. Spruill, pro se.*